<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| KAEUN KIM,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ESSEX COUNTY PROSECUTOR'S OFFICE,<br><br>　　　　　Defendants. | Civil Action No. 26-3186 (SDW) (SDA)<br><br>**WHEREAS OPINION**<br><br>May 29, 2026 |

**THIS MATTER** having come before this Court upon *pro se* Plaintiff Kaeun Kim's ("Plaintiff") Motion to Recuse ("Motion" (D.E. 7)) pursuant to 28 U.S.C. § 455; and

**WHEREAS** § 455 provides that a judge "of the United States shall disqualify himself [or herself] in any proceeding in which his [or her] impartiality might reasonably be questioned," or "[w]here he [or she] has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding." 28 U.S.C. § 455 (a), (b)(1). "The test for recusal under § 455(a) is whether a reasonable person, with knowledge of all the facts, would conclude that the judge's impartiality might reasonably be questioned." *In re Kensington Int'l Ltd.*, 368 F.3d 289, 301 (3d Cir. 2004) (citing *Alexander v. Primerica Holdings, Inc.*, 10 F.3d 155, 164 (3d Cir. 1993)). "Under § 455(b)(1), a movant must show 'a favorable or unfavorable disposition or opinion that is somehow wrongful or inappropriate, either because it is undeserved, or because it rests upon knowledge that the subject ought not to possess . . . or because it is excessive in degree.'" *J.C. v. Richards*, Civ. No. 18-13947, 2019 WL 3369690, at *4 (D.N.J. July 26, 2019) (quoting *Liteky v. United States*, 510 U.S. 540, 550 (1994)); and

**WHEREAS** Plaintiff has not presented any evidence that supports a finding that this Court is biased or prejudiced against him, has any personal knowledge of the facts of this case, or is unable to be impartial.  Rather, Plaintiff disagrees with the decisions of this Court on his "material evidence of forensic fabrication."  (D.E. 7 at 3.)  That disagreement is not grounds for recusal.  Plaintiff's concerns are appropriately addressed in the appeal he has filed with the United States Court of Appeals for the Third Circuit.  (*See* D.E. 10–12.)  Plaintiff having failed to set out a plausible basis for recusal,

**IT IS,** on this 29th day of May 2026,

**ORDERED** that Plaintiff's Motion to Recuse is **DENIED**.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　__/s/ Susan D. Wigenton____
　　　　　　　　　　　　　　　　　　**United States District Judge**


Orig:　Clerk
cc:　　Parties
　　　　Stacey D. Adams, U.S.M.J.

2